IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARISHA A. MARTIN and DION HINES, *[addresses to be filed under seal]*<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS,<br>320 First Street, N.W.<br>Washington, D.C. 20534<br><br>    Defendant. | Case No. _____ |

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Plaintiffs Marisha A. Martin and Dion Hines ("Plaintiffs"), through their undersigned counsel, brings this lawsuit against Defendant Federal Bureau of Prisons ("BOP" or "Defendant") for violation of the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA" or the "Act") challenging Defendant's failure to issue a determination as to Plaintiffs' FOIA request within the statutorily prescribed time period, and seeking the disclosure and release of agency records improperly withheld by Defendant pertaining to Plaintiffs' son, who died in Defendant's custody at U.S.P. Coleman, a federal prison operated by Defendant. In support thereof, Plaintiffs state:

**Preliminary Statement**

1.  The Act promotes government transparency and accountability by allowing members of the public to request documents and information from federal agencies. FOIA's commitment to these principles is reflected in both its substance and its procedures. It requires "*full* agency disclosure unless information is exempted under clearly delineated statutory language," *U.S. Dep't Def. v. Fed. Labor Relations Auth.*, 510 U.S. 487, 495 (1994) (citations

omitted) (emphasis supplied), and it mandates that the government move quickly: agencies have 20 business days to grant or deny a request, to explain their reasoning to the requestor, and to notify the requestor of the right to appeal an adverse decision, *see* 5 U.S.C. § 522(a)(6)(A)(i). In the case of "unusual circumstances," the agency may postpone such determination by an additional 10 business days. *See* 5 U.S.C. § 552(a)(6)(B)(i). For the reasons stated below, Defendant has failed to comply with its obligations under the Act.

### Parties, Jurisdiction, Venue

2. Plaintiff Marisha A. Martin resides in Washington, D.C. and is otherwise *sui juris*. She is the mother of Dion X. Martin, Reg. No. 67382-007, the subject of the FOIA request. Mr. Martin died in BOP's custody on September 25, 2024.

3. Plaintiff Dion Hines resides in Upper Malboro, Maryland and is otherwise *sui juris*. He is the father of Dion X. Martin.

4. Defendant BOP is an agency of the United States within the meaning of 5 U.S.C. § 552(f)(1), and is a component of the United States Department of Justice (DOJ), which is an agency of the United States within the meaning of 5 U.S.C. § 552(f)(1). Defendant BOP is headquartered in Washington, D.C. BOP has possession, custody, and control of the records requested by Plaintiffs.

5. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 and 5 U.S.C. § 522(a)(4)(B).

6. Venue is proper in this District under 28 U.S.C. § 1391(e).

### The FOIA Request – No. 2025-00810

7. On September 25, 2024, Dion X. Martin, Plaintiffs' son, died while in the custody and control of BOP at U.S.P. Coleman in Florida.

8. On November 18, 2024, Plaintiffs, through counsel, issued a FOIA request to Defendant seeking all records in the Defendant's possession, custody, or control concerning their son's classification/central files, medical records, and all reports and records related to their son's death.

9. On November 21, 2024, BOP issued a processing letter acknowledging receipt of the FOIA request. That letter did not deny or grant Plaintiffs' request but merely informed Plaintiffs that the request was assigned a number, that BOP invoked the "unusual circumstances" 10-day extension of the time to respond to the request, and that it anticipated completing the request within 9 months.

10. Since then, Plaintiffs have received no substantive response or records.

**Cause of Action for Violation of 5 U.S.C. § 522(a)(6)(A)(i)**

Plaintiffs Marisha A. Martin and Dion Hines incorporate and re-allege paragraphs 1 through 10 above as if fully set forth herein.

11. Plaintiffs have requested records in the BOP's possession pertaining to their deceased son, Dion X. Martin.

12. The FOIA request was acknowledged by BOP on November 21, 2024.

13. Under 5 U.S.C. § 522(a)(6)(A)(i), each federal agency, upon receiving a FOIA request, "shall determine within 20 days (excepting Saturdays, Sundays, and legal public holidays) after the receipt of any such request whether to comply with such request and shall immediately notify the person making such request of its "determination and reasons therefor"; the right of the requestor "to seek assistance from the FOIA Public Liaison of the agency"; or, "in the case of an adverse determination," the right to appeal.

14. The 20-day deadline by which the BOP was required to communicate its determination for the request—even with the additional 10 working days for "unusual circumstances"—has lapsed.

15. Plaintiffs have a statutory right to the records they seek and there is no basis for BOP to withhold them.

16. As a result, BOP has violated FOIA.

17. Under 5 U.S.C. § 522(a)(6)(C)(i), a requestor "shall be deemed to have exhausted h[er] administrative remedies with respect to such request if the agency fails to comply with . . . [FOIA's] applicable time limit provisions." Accordingly, Plaintiffs have exhausted their administrative remedies.

## Requested Relief

Plaintiffs Marisha Martin and Dion Hines respectfully requests:

A. Retain jurisdiction over this action to ensure that no agency records are wrongfully withheld;

B. Declare that BOP's failure to respond and produce the requested records is unlawful;

C. Declare that Plaintiffs are entitled to disclosure of the requested records;

D. Order BOP to immediately process and disclose all records responsive to the FOIA request that are not specifically exempt from disclosure under FOIA;

E. Award reasonable attorney's fees and costs of litigation under 5 U.S.C. § 552(a)(4)(E); and

F. Grant all other relief that the Court deems just and proper.

Dated: January 13, 2025

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (DC Bar # 1044374)
Slater Legal PLLC
2296 Henderson Mill Rd. N.E. #116
Atlanta, GA 30345
james@slater.legal
Tel. (404) 458-7283

*Attorneys for Plaintiffs Marisha A. Martin and Dion Hines*