UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARISHA A. MARTIN et al,<br><br>      Plaintiff,<br><br>   v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>      Defendant. | Civil Action No. 25-0078 (LLA) |

**<u>DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER</u>**

     In accordance with Federal Rule of Civil Procedure 6(b)(1)(A), Defendant, by and through undersigned counsel, respectfully requests this Court to extend the time to respond to Plaintiff's Freedom of Information Act ("FOIA") Complaint until March 14, 2025. The response is otherwise due on Friday, February 14. Plaintiff, through counsel, has graciously agreed to the relief sought in this motion.

     Undersigned government counsel has conferred with the agency and is informed that the person responsible for receiving FOIA requests has been on medical leave, and the office is generally backlogged. An extension will allow undersigned and the agency to properly evaluate the facts and circumstances surrounding the allegations in the Complaint, and to determine the appropriate response.

     This is Defendant's first request for an extension in this matter. Granting the requested extension will not impact any other deadlines. Accordingly, Defendant respectfully requests an extension of time until March 14, 2025, to respond to Plaintiff's Complaint.

     A proposed order is enclosed herewith.

- 2 -

Dated: February 10, 2025                    Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  _____/s/ L'Shaunteé J. Robertson_____
        L'SHAUNTEE J. ROBERTSON
        D.C. Bar #980248
        Assistant United States Attorney
        601 D Street NW
        Washington, DC 20530
        (202) 252-1729
        Lshauntee.robertson@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARISHA A. MARTIN et al,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>Defendants. | Civil Action No. 25-0078 (LLA) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's consent motion for an extension of time to respond to the complaint in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including March 14, 2025, to respond to the Complaint in this action.


SO ORDERED:


Dated: _____                         _____
                                                 LOREN L. ALIKHAN
                                                 United States District Judge