UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARISHA A. MARTIN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF PRISONS, <br><br> Defendant. | Civil Action No. 25-0078 (LLA) |

## ANSWER

Defendant Federal Bureau of Prisons ("BOP") by and through undersigned counsel, respectfully submits this Answer to the Complaint, EFC. No. 1, filed against Defendant by Plaintiffs, Mr. Martin and Ms. Hines, in this Freedom of Information Act, 5 U.S.C. § 552, ("FOIA") action.

### RESPONSES TO THE NUMBERED PARAGRAPHS

Defendant responds to the separately numbered paragraphs and prayer for relief contained in the Complaint below. To the extent that any allegation is not admitted herein, it is denied. Moreover, to the extent that the Complaint refers to or quotes from external documents, statutes, or other sources, Defendant may refer to such materials for their accurate and complete contents; however, such references are not intended to be, and should not be construed to be, an admission that the cited materials: (a) are correctly cited or quoted by Plaintiffs; (b) are relevant to this, or any other, action; or (c) are admissible in this, or any other, action.

Defendant responds to the Complaint in like number paragraphs as follows:

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF[1]

This paragraph contains Plaintiffs' characterization of the nature of its action, to which no response is required. To the extent a response is required, Defendant admits that Plaintiffs bring this action under FOIA seeking to compel release of records responsive to a FOIA request for information that Plaintiffs submitted to Defendant. Defendant denies that the Plaintiffs are entitled to any declaratory or injunctive relief. Defendant denies any remaining allegations in this paragraph.

## PRELIMINARY STATEMENT

1. This paragraph contains conclusions of law and the Plaintiffs' characterization of the purposes of FOIA, to which no response is required.

## PARTIES, JURISDICTION, AND VENUE

2. Defendant lacks knowledge or information sufficient to form a belief as to the first two sentences in this paragraph. Defendant admits that Mr. Martin, Reg. No. 67382-007, died on September 25, 2024. Defendant denies the remainder of the allegations in this paragraph.

3. Defendant lacks knowledge or information sufficient to form a belief about the allegations in this paragraph.

4. Defendant admits the Federal Bureau of Prisons (herein BOP) is an agency within the meaning of 5 U.S.C. § 552(f)(1). Defendant admits it is headquartered in Washington D.C. Defendant further admits that, based on the language of the request, it may maintain possession, custody, and control over some records that may be relevant to Plaintiff's request, to the extent that such records exist.

---

[1] For ease of reference, Defendant's Answer replicates the headings and titles contained in the Complaint, but to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

5. This paragraph contains conclusions of law, to which no response is required. To the extent a response is required, Defendant admits that this Court has jurisdiction subject to the terms and limitations of FOIA.

6. This paragraph contains conclusions of law, to which no response is required. To the extent a response is required, Defendant admits venue is proper in this District.

## STATEMENT OF FACTS

7. Defendant admits that Mr. Martin, Reg. No. 67382-007 died on September 25, 2024. Defendant denies the remainder of the allegations in this paragraph.

8. Defendant admits Plaintiff's counsel submitted a FOIA request on November 18, 2024. The remainder of this paragraph contains Plaintiff's characterization of the request, to which no response is required. To the extent a response is required, Defendant respectfully refers the Court to the FOIA request referenced in this paragraph for a complete and accurate statement of its contents and deny any allegations in this paragraph inconsistent therewith. *See* Def. Ex. A, attached hereto.

9. Defendant admits that it sent Plaintiffs' counsel an acknowledgment letter on November 21, 2024. Defendant respectfully refer the Court to that correspondence for a complete and accurate statement of its contents and deny any allegations inconsistent therewith. *See* Def. Ex. B, attached hereto.

10. Defendant admits that they have not issued a determination or records.

### Cause of Action for Violation of 5 U.S.C. § 522(a)(6)(A)(i)

Defendant repeats and incorporate by reference each of the foregoing responses to the Complaint as set forth herein.

11. Defendant admits that, based on the language of the request, it may maintain possession, custody, and control over some records that may be relevant to Plaintiff's request, to the extent that such records exist.

12. Defendant admits.

13. This paragraph consists of legal conclusions and argument to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in this paragraph.

14. This paragraph consists of legal conclusions and argument to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in this paragraph.

15. This paragraph consists of legal conclusions and argument to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in this paragraph.

16. This paragraph consists of legal conclusions and argument to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in this paragraph.

17. This paragraph consists of legal conclusions and argument to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in this paragraph.

**REQUESTED RELIEF**

The remainder of Plaintiffs' Complaint, including subparagraphs A-F, consist of Plaintiffs' Requested Relief, to which no response is required. To the extent a response is deemed required, Defendant denies that Plaintiffs are entitled to the requested relief.

**DEFENSES**

In further response to the Complaint, Defendant raise the following defenses. Defendant reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendant throughout the course of litigation.

1. Plaintiffs are not entitled to compel production of information exempt from disclosure by one or more exemptions in FOIA, 5 U.S.C. § 552(b), where disclosure would cause foreseeable harm.

2. Plaintiffs are not entitled to production of non-exempt portions of records that are not reasonably segregable from exempt portions of records.

3. This Court lacks subject-matter jurisdiction to the extent Plaintiffs' request for relief exceeds that authorized by FOIA.

4. Plaintiffs are neither eligible for nor entitled to attorneys' fees and costs.

5. At all times, Defendant acted in accordance with the law and in good faith.

Dated: March 14, 2025
Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:   /s/ L'Shaunteé J. Robertson
L'SHAUNTEE J. ROBERTSON
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-1729

*Attorneys for the United States of America*