# DEFENDANT'S EXHIBIT A

Outlook

---

[EXTERNAL] FOIA Request - Martin, Dion X., Reg. No. 67382-007

---

**From** James M. Slater <james@slater.legal>

**Date** Mon 11/18/2024 1:16 PM

**To** BOP-OGC-EFOIA-S (BOP) <BOP-OGC-EFOIA-S@bop.gov>

📎 2 attachments (2 MB)
BOP Authorization - Dion Martin - signed.pdf; Death Certificate - Dion Martin.pdf;

Greetings,

On behalf of Marisha Martin and Dion Hines, parents and next of kin of the above-named deceased prisoner, I am submitting the following FOIA request for records generated since January 1, 2024 to present. I am enclosing a BOP authorization form signed by the parents as well as the decedent's death certificate, corroborating that the parents are next of kin.

Please provide:

1. Mr. Martin's complete central/classification.
2. All use of force logs, reports, and any other materials generated in connection with any use of force on or involving Mr. Martin.
3. All reports and records related to Mr. Martin's death.
4. Mr. Martin's complete medical records.

Thank you,
James

**James Slater**

Slater Legal PLLC

slater.legal

Atlanta Office/Mailing Address

2296 Henderson Mill Rd. N.E. #116

Atlanta, GA 30345

Tel. (404) 458-7283

Tallahassee Office

113 S. Monroe Street

Tallahassee, FL 32301