# DEFENDANT'S EXHIBIT B

| | |
|---|---|
| From Email : bop-ogc-efoia-s@bop.gov |
| To Email : james@slater.legal |
| Cc Email : |
| Bcc Email : |
| Subject : FOIA Request 2025-00810 |
| Date Sent : 11/21/2024 2:27:09 PM |
| Attachments : |
| Email Body : Dear James Slater, This is to acknowledge receipt of your Freedom of Information Act (FOIA) request regarding Dion Martin. The Federal Bureau of Prisons (BOP) assigned your request FOIA Request Number 2025-00810. The records you seek require a field office to search for and collect records and/or we expect any records responsive to your request will be voluminous and require significant time to review, and/or your request requires consultation with at least one other agency with a substantial interest in your request. Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days provided by the statute. See 5 U.S.C. § 552 (a)(6)(B)(i)-(iii) (2018). For your information, we use multiple tracks to process requests, but within those tracks we work in an agile manner, and the time needed to complete our work on your request will necessarily depend on a variety of factors, including the complexity of our records search, the volume and complexity of any material located, and the order of receipt of your request.  At this time, we have assigned your request to the complex track. We anticipate processing your request will take up to 9 months.  In an effort to speed up our process, you may wish to narrow the scope of your request to limit the number of potentially responsive records so it can be placed in a different processing track. You can also agree to an alternative time frame for processing, should records be located, or you may wish to await the completion of our records search to discuss either of these options. Any decision with regard to the application of fees will be made only after we determine whether fees will be implicated for this request.  We regret the necessity of this delay, but we assure you your request will be processed as soon as possible. If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact this Office by e-mail at bop-ogc-efoia-s@bop.gov by telephone at (202) 616-7750, or by writing to the above address. You may also contact our FOIA Public Liaison, Ms. Kara Christenson, at the same email or telephone number to discuss any aspect of your request. You can also check the status of your request online at http://www.bop.gov/foia/index.jsp#tabs-6.  Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows:  Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448. Sincerely, FOIA Staff Federal Bureau of Prisons U.S. Department of Justice |