UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARISHA A. MARTIN, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> FEDERAL BUREAU OF PRISONS, <br><br> *Defendant*. | Civil Action No. 25-78 (LLA) |

## ORDER

Plaintiffs filed this Freedom of Information Act ("FOIA") action on January 13, 2025. ECF No. 1. Defendant filed an answer on March 14, 2025. ECF No. 5. Cases filed under FOIA are exempt from the requirements of Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3. *See* Local Civ. R. 16.3(b)(10) ("The requirements of this Rule and of Fed. R. Civ. P. 16(b) and 26(f)[] shall not apply in . . . FOIA actions.").

Accordingly, the court hereby orders the parties to meet and confer and file a Joint Status Report on or before **April 11, 2025**. The Joint Status Report shall address (1) the status of Plaintiffs' FOIA request; (2) the anticipated number of documents responsive to Plaintiffs' FOIA request; (3) the anticipated date(s) for release of the documents requested by Plaintiffs; (4) whether a motion for a stay is likely under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976); (5) whether a *Vaughn* index will be required in this case; (6) whether and when either party anticipates filing a dispositive motion; and (7) any other pertinent issues.

Parties are to communicate with the court by motion, opposition, reply, or notice, but not by letter or phone call. Inquiries concerning the status or scheduling of pending matters shall be directed to the Courtroom Deputy Clerk, Ms. Margaret Pham (Margaret_Pham@dcd.uscourts.gov),

rather than to chambers.  If Ms. Pham is unavailable, such inquiries shall be directed to the staff person in the Clerk's Office who has been designated as her substitute.  Chambers personnel will not handle questions relating to the status or scheduling of pending matters, nor will chambers staff provide legal advice of any kind.  In an emergency, however, chambers can be contacted at (202) 354-3500.

The court will grant continuances, extensions, or enlargements of time only upon the filing of a motion.  Motions for continuance of a court date must be filed at least three days before the hearing and must include at least two alternative dates that have been agreed to by the parties.  Requests that do not include alternative dates acceptable to all parties will be denied.

**SO ORDERED.**

_____
LOREN L. ALIKHAN
United States District Judge

Date:   March 14, 2025