UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARISHA A. MARTIN, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>　　　　Defendant. | Civil Action No. 25-0078 (LLA) |

## NOTICE OF APPEARANCE

Defendant respectfully requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Diana V. Valdivia as counsel for Defendant in the above-captioned case.

Dated: April 10, 2025

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Diana V. Valdivia*
　　　　　　　　　　　　　　　　　　　DIANA V. VALDIVIA, D.C. Bar # 1006628
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　601 D Street, N.W. – Civil Division
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　(202) 252-2545
　　　　　　　　　　　　　　　　　　　diana.valdivia@usdoj.gov