UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARISHA A. MARTIN, *et al.*,

Plaintiffs,

v.

FEDERAL BUREAU OF PRISONS,

Defendant.

Civil Action No. 25-0078 (LLA)

## JOINT STATUS REPORT

Pursuant to the Court's Order dated March 14, 2025 (ECF No. 6), the parties respectfully provide the following joint status report in this Freedom of Information Act ("FOIA") action.

1. This case arises from Plaintiffs' November 18, 2024, FOIA request to the Federal Bureau of Prisons ("BOP") seeking records concerning the September 25, 2024, death of their son, Dion X. Martin.

2. With respect to the status of Plaintiffs' FOIA request, Defendant reports that it has completed a search for potentially responsive records, and that the identified records are currently in the process of being reviewed.

3. Defendant further reports that its search identified over 1,250 records that are potentially responsive to Plaintiffs' November 18, 2024, FOIA request.

4. Defendant currently anticipates processing the potentially responsive records at a rate of 300 pages per month and making rolling monthly productions to Plaintiffs, with the first such production to occur on or before May 31, 2025.

5. Defendant does not currently anticipate moving for a stay of this matter under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976).

6. The parties propose that they meet and confer once Defendants' productions are complete to determine whether a *Vaughn* index or summary judgment briefing will be necessary.

7. Defendant represents that it took the following facts into account in determining the proposed 300 page per month processing rate: On February 28, 2025, three out of five of the attorneys in BOP's FOIA/Privacy Act Branch, left the FOIA Office under the deferred resignation program. As a result, there is a severe staffing shortage in the BOP FOIA/Privacy Act Unit, and a growing backlog of requests.

*   *   *

8.      Finally, the parties respectfully propose that they be ordered to file an additional joint status report on or before July 10, 2025, and every 90 days thereafter, until productions are complete, at which time the parties will meet and confer to determine whether any issues remain in this litigation.

Dated: April 11, 2025                                    Respectfully submitted,

*/s/ James Murray Slater*
James Murray Slater                                      EDWARD R. MARTIN, JR., D.C. Bar #481866
SLATER LEGAL PLLC                                        United States Attorney
2296 Henderson Mill Rd
Ste 116
Atlanta, GA 30345                                        By: */s/ Diana V. Valdivia*
(305) 523-9023                                                  DIANA V. VALDIVIA, DC Bar #1006628
james@slaer.legal                                               L'SHAUNTEE J. ROBERTSON
                                                                   DC Bar # 980248
*Counsel for Plaintiffs*                                        Assistant United States Attorneys
                                                                601 D Street, N.W.
                                                                Washington, D.C. 20530
                                                                Phone: (202) 252-2545 or (202) 252-1729

                                                         *Attorneys for the United States of America*

3