UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARISHA MARTIN,<br><br>       Plaintiff,<br><br>v.<br><br>BUREAU OF PRISONS,<br><br>       Defendant. | Civil Action No. 25-0078 (LLA) |

## SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Dimitar P. Georgiev and remove the appearance of Assistant United States Attorneys Diana Valdivia and L'Shauntee Robertson, as counsel for Defendant in the above-captioned case.

Dated: June 7, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:    */s/ Dimitar P. Georgiev*
     Dimitar P. Georgiev, D.C. Bar #1735756
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 815 – 8654

*Attorneys for the United States of America*