UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARISHA A MARTIN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>    Defendant. | Civil Action No. 25-0078 (LLA) |

**JOINT STATUS REPORT**

Pursuant to the Court's April 14, 2025, Minute Order, the parties submit this joint status report in this Freedom of Information Act ("FOIA") case.

The Federal Bureau of Prisons (the "Bureau") previously reported that its search identified over 1,250 potentially responsive records and that it will process 300 pages per month, making monthly productions to Plaintiffs beginning on or before May 31, 2025. Jt. Status Rep. (ECF No. 8) ¶¶ 3, 4. The Bureau now reports that it made releases on May 30, 2025, and June 27, 2025. The Bureau will continue to process records and make monthly releases of responsive, non-exempt material.

The parties respectfully request that the Court permit them to file another joint status report on or before October 9, 2025.

Dated: July 10, 2025
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ James M. Slater*
James M. Slater (DC Bar # 1044374)
Slater Legal PLLC
2296 Henderson Mill Rd. N.E. #116
Atlanta, GA 30345
james@slater.legal
Tel. (404) 458-7283
*Attorneys for Plaintiffs*

By:     /s/ *Dimitar P. Georgiev*
DIMITAR P. GEORGIEV, D.C. Bar # 1735756
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 815-8654

*Attorneys for the United States of America*

- 2 -