UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARISHA A MARTIN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF PRISONS, <br><br> Defendant. | Civil Action No. 25-0078 (LLA) |

**JOINT STATUS REPORT**

Pursuant to the Court's November 13, 2025, Minute Order, the parties submit this joint status report in this Freedom of Information Act ("FOIA") case.

The Federal Bureau of Prisons (the "Bureau") reports that it completed processing Plaintiff's FOIA request. The parties report that the only remaining issue is court filing costs and that the parties are discussing a resolution. To permit the parties additional time to conclude their discussions in a good faith attempt to resolve their differences, if any, without further burdening the Court, the parties respectfully request that the Court permit them to file a further joint status report on or before January 9, 2026, unless prior to that, the parties file a stipulation of dismissal.

Dated: December 1, 2025
　　　　Washington, DC

*/By Permission/ James M. Slater*
James M. Slater (DC Bar # 1044374)
Slater Legal PLLC
2296 Henderson Mill Rd. N.E. #116
Atlanta, GA 30345
james@slater.legal
Tel. (404) 458-7283
*Attorneys for Plaintiffs*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:　　　　/s/ *Dimitar P. Georgiev*
　　DIMITAR P. GEORGIEV, D.C. Bar # 1735756
　　Assistant United States Attorney
　　601 D Street, NW
　　Washington, DC 20530
　　(202) 815-8654

*Attorneys for the United States of America*